Richard A. Wright, Esq.
Nevada Bar No. 886
Sunethra Muralidhara
Nevada Bar No. 13549
Wright Marsh & Levy
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com
smuralidhara@wmllawlv.com

Attorneys for Ryan Hee

United States District Court

District of Nevada

| | |
|---|---|
| United States of America, | Case No. 2:21-cr-00098-RFB-BNW |
| Plaintiff, | |
| v. | Stipulation and Agreement to Modify Conditions of Pretrial Release and Proposed Order |
| Ryan Hee, | |
| Defendant. | (First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between Richard A. Wright and Sunethra Muralidhara, of Wright Marsh & Levy, counsel for Defendant Ryan Hee, and attorneys for the Department of Justice Antitrust Division, representing the United States of America, as follows:

1. On March 30, 2021, the government filed an Indictment (ECF 1) against Mr. Hee and VDA OC, LLC charging both defendants with one count of Conspiracy in Restraint of Trade in violation of 15 U.S.C. § 1.

2. On April 21, 2021, Mr. Hee appeared for his initial appearance on arraignment and plea where he pleaded not guilty to Count One. A Personal Recognizance

bond was issued on the same day ordering certain conditions of his pretrial release.  (ECF 24.)   Some of those conditions include:

a. That the defendant shall report to U.S. Pretrial Services for supervision (ECF 24 at 4 ¶ 7);

b. That the defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance.  Any testing may be used with random frequency and may include urine testing, a remote alcohol testing system and/or any form of prohibited substance screening or testing.  The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release (ECF 24 at 4 ¶ 43);

c. That the defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines (ECF 24 at 4 ¶ 44).

After consultation with Pretrial Services, Mr. Hee's Pretrial Services Officer recommends, and Defense counsel agrees, that the above-listed conditions be removed as part of Mr. Hee's pretrial supervision.  All other conditions of pretrial release would remain in effect.

The government does not oppose this request for modification of pretrial release.

//

//

//

//

2

This is the first request for modification of pretrial release.

Dated: February 7, 2022                                       Respectfully submitted,

By: /s/ *Richard A. Wright*                                   By: /s/ *Mikal J. Condon*
Richard A. Wright                                             Albert B. Sambat
Sunethra Muralidhara                                          Christopher J. Carlberg
WRIGHT MARSH & LEVY                                           Mikal J. Condon
300 South 4th Street                                          U.S. DEPARTMENT OF JUSTICE
Suite 701                                                     ANTITRUST DIVISION
Las Vegas, NV 89101                                           450 Golden Gate Avenue
Telephone: 702-382-4004                                       Box 36046, Room 10-0101
Facsimile: 702-382-4800                                       San Francisco, CA 941092
rick@wmllawlv.com                                             Telephone: 415.934.5300
smuralidhara@wmllawlv.com                                     Facsimile: 415.934.5399
                                                              albert.sambat@usdoj.gov
*Attorneys for Defendant Ryan Hee*                            christopher.carlberg@usdoj.gov
                                                              mikal.condon@usdoj.gov

3

United States District Court

District of Nevada

| United States of America, | Case No. 2:21-cr-00098-RFB-BNW |
|---|---|
| Plaintiff, | |
| v. | Order |
| Ryan Hee, | |
| Defendant. | |

Based on the pending Stipulation and Agreement, and good cause appearing, the Court hereby finds:

On April 21, 2021, Mr. Hee appeared for his initial appearance on arraignment and plea where he pleaded not guilty to Count One.  A Personal Recognizance bond was issued on the same day ordering certain conditions of his pretrial release. ECF 24.  Some of those conditions include, and stated in pertinent part:

    a. That the defendant shall report to U.S. Pretrial Services for supervision (ECF 24 at 4  ¶ 7);

    b. That the defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance.  Any testing may be used with random frequency and may include urine testing, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release (ECF 24 at 4 ¶ 43);

          c.    That the defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.  (ECF 24 at 4 ¶ 44.)

Thus, IT IS HEREBY ORDERED that the above conditions are removed as conditions of pretrial release.  All other conditions of pretrial supervision remain in effect.

**IT IS SO ORDERED:**

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

February 8, 2022
_____
Date

2