Richard A. Wright, Esq.
Nevada Bar No. 886
Sunethra Muralidhara
Nevada Bar No. 13549
Wright Marsh & Levy
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com
smuralidhara@wmllawlv.com

Attorneys for Ryan Hee

United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   v.<br><br>Ryan Hee,<br><br>        Defendant. | Case No.  2:21-cr-00098-RFB-BNW<br><br>ORDER<br>Defendant Ryan Hee's Waiver of Appearance for Video Status Conference Hearing (ECF 81) |

Defendant Ryan Hee, by and through his attorneys of record, Richard A. Wright, Esq. and Sunethra Muralidhara, Esq., Wright Marsh & Levy, hereby submit this Waiver of Appearance for Video Status Conference Hearing set for May 12, 2022 at 10:00 a.m. ECF 81, 82. The Court ordered that counsel may waive their client's presence at the time of the hearing. ECF 82. Further, the Court ordered that defense counsel shall provide all necessary documents to the defendant in advance of the hearing, including the waiver of in person appearance form, which proscribes a defendant's waiver to appear in person and agreement to appear by videoconferencing. *Id.* Because Mr. Hee is requesting to waive his presence in total to attend this Status Conference Hearing, he hereby submits this Waiver for the Court's consideration.

Mr. Hee understands that he has the right to appear in person or by videoconferencing for this hearing. He has been advised of the nature of this proceeding and his right to appear in this proceeding. Mr. Hee consulted with his attorneys prior to deciding to waive his right to appear. Mr. Hee, through counsel, knowingly and voluntarily waives his presence in total for this hearing and requests this Court grant this request and waive his appearance in total.

DATED: May 5, 2022.

Wright Marsh & Levy

By: */s/ Richard A. Wright*
Richard A. Wright
Sunethra Muralidhara
Attorneys for Ryan Hee

**ORDER**

IT IS SO ORDERED.

_____
**RICHARD F. BOULWARE, II**
United States District Judge

**DATED**: May 6, 2022.

2