Richard A. Wright, Esq.
Nevada Bar No. 886
Sunethra Muralidhara
Nevada Bar No. 13549
Wright Marsh & Levy
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com
smuralidhara@wmllawlv.com

Attorneys for Ryan Hee

United States District Court

District of Nevada

| | |
|---|---|
| United States of America, | Case No.  2:21-cr-00098-RFB-BNW |
| Plaintiff, | |
| v. | Stipulation to Continue Evidentiary Hearing |
| Ryan Hee; and VDA OC, LLC, Formerly Advantage On Call, LLC, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Richard A. Wright and Sunethra Muralidhara, of Wright Marsh & Levy, counsel for Defendant Ryan Hee; Kathleen Bliss, Carole S. Rendon (Admitted *Pro Hac Vice*), and Mary Pat Brogan (Admitted *Pro Hac Vice*), counsel for Defendant VDA OC, LLC; and attorneys for the Department of Justice Antitrust Division, representing the United States of America, that the Evidentiary Hearing currently set for August 10, 2022 at 10:00 a.m. be continued for at least 30 days.  The parties make this request for the following reasons:

1. On March 30, 2021, the government filed an Indictment (ECF 1) against Mr. Hee and VDA OC, LLC charging both defendants with one count of Conspiracy in Restraint of Trade in violation of 15 U.S.C. § 1.

2. On September 3, 2021, Defendant Hee filed a motion to dismiss or in the alternative to suppress, and Defendant VDA OC joined the motion.  ECF 38, 40.  This motion is fully briefed. ECF 44, 48, 50.  The Court then set an evidentiary hearing on this matter for June 29, 2022.  ECF 90.

3. The parties are currently in the process of negotiating this case and have reached a preliminary resolution as to both defendants that now needs to be confirmed in writing.  The parties request additional time to prepare the necessary documents to finalize any agreements and review with each respective defendant.

4. Thus, the parties now request that the currently set evidentiary hearing be continued for at least 30 days.  Should the parties reach a signed written agreement for each defendant, the parties will notify the court and request that the evidentiary hearing be vacated, submit any signed agreements to the Court, and request appropriate hearing dates.

/ / /

2

5. This is the second request to continue the evidentiary hearing. This request is not made for purposes of delay. The defendants are currently not detained and agree to this continuance.

Dated: August 2, 2022                                   Respectfully submitted,

By: /s/ *Albert B. Sambat*                              By: /s/ *Mary Pat Brogan*
Albert B. Sambat                                        Carole S. Rendon (*pro hac vice*)
Christopher J. Carlberg                                 Mary Pat Brogan (*pro hac vice*)
Mikal J. Condon                                         BAKER & HOSTETLER LLP
Paradi Javandel                                         127 Public Square, Suite 2000
U.S. DEPARTMENT OF JUSTICE                              Cleveland, Ohio 44114
ANTITRUST DIVISION                                      Telephone: 216.621.0200
450 Golden Gate Avenue                                  Facsimile: 216.696.0740
Box 36046, Room 10-0101                                 crendon@bakerlaw.com
San Francisco, CA 941092                                mbrogan@bakerlaw.com
Telephone: 415.934.5300
Facsimile: 415.934.5399                                 Kathleen Bliss
albert.sambat@usdoj.gov                                 KATHLEEN BLISS LAW PLLC
christopher.carlberg@usdoj.gov                          1070 W. Horizon Ridge Pkwy.,
mikal.condon@usdoj.gov                                  Suite 202
paradi.javandel@usdoj.gov                               Henderson, NV 89012
                                                        Office: 702.463.9074
                                                        kb@kathleenblisslaw.com
                                                        *Attorneys for Defendant VDA OC, LLC*

                                                        By: /s/ *Richard A. Wright*
                                                        Richard A. Wright
                                                        Sunethra Muralidhara
                                                        WRIGHT MARSH & LEVY
                                                        300 South 4th Street
                                                        Suite 701
                                                        Las Vegas, NV 89101
                                                        Telephone: 702-382-4004
                                                        Facsimile: 702-382-4800
                                                        rick@wmllawlv.com
                                                        smuralidhara@wmllawlv.com
                                                        *Attorneys for Defendant Ryan Hee*

United States District Court
District of Nevada

United States of America,

                  Plaintiff,

            v.

Ryan Hee; and VDA OC, LLC,
Formerly Advantage On Call, LLC,

                  Defendant.

Case No.  2:21-cr-00098-RFB-BNW

ORDER

        Based on the pending Stipulation and Agreement, and good cause appearing, the Evidentiary Hearing currently set for August 10, 2022 at 10:00 a.m. is hereby continued.  The ends of justice are served by granting said continuance.  The Court hereby ORDERS that the Evidentiary Hearing shall occur on __10/04/2022 at 11:00 AM__.Any party to this matter may contact the Court requesting to vacate said hearing should the parties resolve this matter and request other appropriate hearing dates.

**IT IS SO ORDERED:**

_____
Hon. Richard F. Boulware, II
United States District Judge

8/03/2022
_____
Date

4