# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN HEE,<br><br>　　　　　　Defendant. | Case No.: 2:21-cr-00098-RFB-BNW<br><br>[~~PROPOSED~~] ORDER GRANTING UNITED STATES' RULE 48 MOTION TO DISMISS INDICTMENT AS TO RYAN HEE |

　　　Under Federal Rules of Criminal Procedure 48(a), and by leave of Court endorsed hereon, IT IS HEREBY ORDERED that the government's motion to dismiss the Indictment as to Ryan Hee is GRANTED.  Upon dismissal by this Court, Defendant Hee's passport shall be released to him.

　　　**IT IS SO ORDERED.**

　　　DATED: March 14, 2023

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HON. RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　United States District Judge